THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Kiwuan Copeland,       
Appellant.
 
 
 

Appeal From Colleton County
Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No. 2005-UP-246
Submitted April 1, 2005  Filed April 7, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Randolph  Murdaugh, III, of Hampton, for Respondent.
 
 
 

PER CURIAM: Kiwuan Copeland appeals his conviction for possession with intent to distribute crack cocaine.  Copelands appellate counsel has petitioned to be relieved as counsel, stating she has reviewed the record and concluded Copelands appeal is without merit.  The sole issue briefed by counsel concerns whether the circuit court erred in admitting evidence purportedly obtained through an illegal search and seizure.  Copeland did not file a separate pro se brief.
After a review of the record and briefs as required by Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss this appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and WILLIAMS,
JJ., concur.